IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LASHANNA GIRTMON, Individually
and on Behalf of All Others Similarly Situated          PLAINTIFF

v.                          No. 4:20-cv-762-DPM

VERA LLOYD PRESBYTERIAN FAMILY
SERVICES, INC., and VERA LLOYD
PRESBYTERIAN FOUNDATION, INC.                DEFENDANTS

ORDER

The joint motion, *Doc. 28*, is granted. The proposed settlement is fair, reasonable, and adequate. *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982); *see also Barbee v. Big River Steel, LLC*, 927 F.3d 1024, 1027 (8th Cir. 2019); *Melgar v. OK Foods*, 902 F.3d 775, 779 (8th Cir. 2018). It reflects a good-faith compromise of a *bona fide* wage-and-hour dispute. The Court conditionally certified a collective in September 2020, *Doc. 16*, but all the opt-in plaintiffs withdrew their consents in October 2021, *Doc. 24*. The Court decertifies the collective. And the attorney's fee is being negotiated separately. Any motion for costs and attorney's fees is due by 11 February 2022. The Court will dismiss the complaint with prejudice and retain jurisdiction for a time to enforce the settlement and resolve fee issues.

So Ordered.

*signature*
D.P. Marshall Jr.
United States District Judge

12 January 2022