# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

LASHANNA GIRTMON, Individually
and on Behalf of All Others Similarly Situated        PLAINTIFF

v.                    No. 4:20-cv-762-DPM

VERA LLOYD PRESBYTERIAN FAMILY
SERVICES, INC., and VERA LLOYD
PRESBYTERIAN FOUNDATION, INC.              DEFENDANTS

## JUDGMENT

The complaint is dismissed with prejudice. The Court retains jurisdiction until 27 May 2022 to enforce the parties' settlement and resolve any attorney's fee issues.

_____
D.P. Marshall Jr.
United States District Judge

12 January 2022